# UNITED STATES BANKRUPTCY COURT

Western District of Louisiana

In re Kevin J Thibodeaux,
Debtor

Case No. 14-50186

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Vanderbilt Mortgage and Finance, Inc.

**Court claim no. (if known):** 1

**Last four digits of any number you use to identify the debtor's account:** 5779

**Date of payment change:**
Must be at least 21 days after date of this notice   9/1/15

**New total payment:**
Principal, interest, and escrow, if any   $ 575.08

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 66.11        New escrow payment: $ 73.22

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: ____%          New interest rate: ____%

Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____          New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☒ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____    Date: 7 / 31 / 15
Signature

Print:  **Amanda Rhea Guffey**          Title  Bankruptcy Specialist
        Name

Company  Vanderbilt Mortgage and Finance, Inc.

Address  500          Alcoa Trail
         Number       Street

         Maryville                TN        37804
         City                     State     ZIP Code

Contact phone  (865) 380-3000, Ext. 7185          Email  amanda.guffey@vmf.com



PO Box 9800
Maryville, TN 37802
Toll Free: 1-800-970-7250
www.vmf.com

**Escrow Account Disclosure Statement**

Page 1

## Annual Escrow Analysis

Loan Number: ▓▓▓▓▓▓

Analysis Date: July 23, 2015

At least once every 12 months, Vanderbilt Mortgage reviews the amount of taxes, insurance and Mortgage Insurance (if applicable), paid from your escrow account. The review, called Escrow Account Disclosure Statement, determines if the expense for any of the items included in the review has increased or decreased from the prior year. If there was an increase or decrease, your escrow payment will be adjusted. Vanderbilt Mortgage may review your escrow account more often as needed.

KEVIN THIBODEAUX
133 LAZARD LN.

OPELOUSAS, LA 70570

|  |  | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|---|
| PRINCIPAL / INTEREST |  | 501.86 | 501.86 |
| BASE PAYMENT (Escrow) | (1) | 65.70 | 67.48 |
| CUSHION / SHORTAGE / DEFICIENCY | (2) | 0.41 | 5.74 |
| ADVANCE REPAYMENT (Non-Escrow) | (3) | 0.00 | 0.00 |
| TOTAL MONTHLY PAYMENT |  | 567.97 | 575.08 |

- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

NEW PAYMENT EFFECTIVE: September 1, 2015

### Projections for the Coming Year

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT. Accordingly, this estimate does not take into consideration the portion of your escrow payment, if any, for any Escrow Cushion / Shortage / Deficiency [(2) above] or any Repayment of Advance (Non-Escrow) [(3) above].

| MONTH/YR | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Starting Balance |  |  |  | 0.00 | 68.86 |
| Aug 15 | 66.11 |  |  | 66.11 | 134.97 |
| Sep 15 | 67.48 |  |  | 133.59 | 202.45 |
| Oct 15 | 67.48 |  |  | 201.07 | 269.93 |
| Nov 15 | 67.48 |  |  | 268.55 | 337.41 |
| Dec 15 | 67.48 |  |  | 336.03 | 404.89 |
| Jan 16 | 67.48 |  |  | 403.51 | 472.37 |
| Feb 16 | 67.48 |  |  | 470.99 | 539.85 |
| Mar 16 | 67.48 |  |  | 538.47 | 607.33 |
| Apr 16 | 67.48 |  |  | 605.95 | 674.81 |
| May 16 | 67.48 |  |  | 673.43 | 742.29 |
| Jun 16 | 67.48 | 809.77 | Physical Damage Insurance | - 68.86 | 0.00 |
| Jul 16 | 67.48 |  |  | - 1.38 | 67.48 |
| Aug 16 | 67.48 |  |  | 66.10 | 134.96 |

| | | |
|---|---|---|
| TOTALS: | 875.87 | 809.77 |

## Determining Your Escrow Surplus or Shortage / Deficiency

| | | |
|---|---|---|
| PROJECTED LOW-POINT: | (a) | - 68.86 |
| REQUIRED LOW-POINT: | (b) | 0.00 |
| *TOTAL ESCROW SURPLUS OR SHORTAGE / DEFICIENCY (-): | | - 68.86 |

If your Projected Low-Point (a) is:
- Greater than your Required Low-Point (b), you have a surplus. We will mail you a check for the lessor of the surplus or your Starting Projected Balance. If surplus is less than $50, we are keeping it to lower your escrow payment.
- Less than your Required Low-Point (b), you have a shortage or deficiency (or both). This will be collected from you over a period of 12 or more months.
- Equal to your Required Low-Point (b), you have neither a surplus nor a shortage or deficiency (or both).

**The following notices are required by Federal law:** 1. This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. 2. To the extent your original obligation was discharged, or subject to an automatic stay under the bankruptcy code, this statement is for informational purposes only and is not an attempt to collect a debt or impose personal liability for a debt.



## CERTIFICATE OF SERVICE

July 31, 2015

      I, Amanda Guffey, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Notice of Mortgage Payment Change either by electronic case filing or by United States mail postage pre-paid to the following:

Kevin J Thibodeaux
133 Lazard Ln
Opelousas, LA 70570
Debtor

W Simmons Sandoz
Attorney for the Debtor
Notified by Electronic Case Filing

Keith A Rodriguez
Chapter _13_ Trustee
Notified by Electronic Case Filing

/s/Amanda Guffey




**Vanderbilt Mortgage and Finance, Inc.**
PO Box 9800, Maryville, TN 37802 • 500 Alcoa Trail, Maryville, TN 37804 • www.vmf.com
Phone: 865.380.3000 • Fax: 865.380.3750 • Toll Free: 800.970.7250 • Federal Tax ID#: 62-0997810